UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DARREN SAMPSON REID,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>PERFORMANCE KIA OF EVERETT,<br><br>　　　　　　　Respondent. | CASE NO. C20-0600JLR<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION |

Before the court is Petitioner Darren Sampson Reid's response to the court's order to show cause why this matter should not be dismissed for lack of subject matter jurisdiction. (Resp. (Dkt. # 5); *see also* OSC (Dkt. # 4).) In its order to show cause, the court informed Mr. Reid that if he failed "to timely respond to this order, fail[ed] to provide information establishing complete diversity of citizenship between the parties to this lawsuit, or fail[ed] to provide some other basis for the court's exercise of subject matter jurisdiction, the court w[ould] dismiss this action." (OSC at 4.) The court has

ORDER - 1

1 | carefully reviewed Mr. Reid's response to the court's order to show cause.  (*See* Resp.)

2 | Mr. Reid failed to provide any basis for the court's exercise of subject matter jurisdiction

3 | over his petition.  Accordingly, the court DISMISSES Mr. Reid's petition without

4 | prejudice for lack of subject matter jurisdiction.

5 |     Dated this 15th day of July, 2020.

JAMES L. ROBART
United States District Judge

ORDER - 2